IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT HEFFERNAN                                                                           PLAINTIFF

v.                                    Case No. 6:18-cv-06084

JASON M. KELLY and
DR. NANNETTE L. VOWELL                                                                DEFENDANTS

## ORDER

On October 25, 2018, the Court adopted a Report and Recommendation in which the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, recommended that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be given fifteen days to file the required filing fee. ECF No. 7. Accordingly, Plaintiff was given fifteen days from October 25, 2018, to pay the proper filing fee. Plaintiff was also informed that failure to do so would result in dismissal without prejudice of this action. Plaintiff has failed to pay the appropriate filing fee and the fifteen days allowed by this Court's previous order have elapsed. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of November, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge